# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

The Regents of the University of California et al.    v.    The Broad Institute, Inc. et al.

No.    2017-1907

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Emmanuelle Charpentier
  Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
- ☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Sandip H. Patel
Law Firm: Marshall, Gerstein & Borun LLP
Address: 6300 Willis Tower, 233 S. Wacker Dr.
City, State and Zip: Chicago, IL 60606
Telephone: 312.474.6300
Fax #: 312.474.0448
E-mail address: spatel@marshallip.com

Statement to be completed by counsel only (select one):

- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/18/2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 27, 2017    Signature of pro se or counsel /s/ Sandip H. Patel

cc: Counsel of Record via CM/ECF

[Reset Fields]

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  April 27, 2017  by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Sandip H. Patel | /s/ Sandip H. Patel |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Marshall, Gerstein & Borun LLP |
| Address | 6300 Willis Tower, 233 S. Wacker Dr. |
| City, State, Zip | Chicago, IL  60606 |
| Telephone Number | 312.474.6300 |
| Fax Number | 312.474.0448 |
| E-Mail Address | spatel@marshallip.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields