# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

The Regents of the University of California et al.   v.   The Broad Institute, Inc. et al.

No. 2017-1907

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:   Emmanuelle Charpentier
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Li-Hsien Rin-Laures |
| Law Firm: | RinLauresLLC |
| Address: | 321 N. Clark St., 5th floor |
| City, State and Zip: | Chicago, IL 60654 |
| Telephone: | 773-387-3200 |
| Fax #: | 773-929-2391 |
| E-mail address: | lily@rinlauresip.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   10/27/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  06/15/2017          Signature of pro se or counsel  /s/ Li-Hsien Rin-Laures

cc:   Counsel of record

Reset Fields

FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  06/15/2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Li-Hsien Rin-Laures | /s/ Li-Hsien Rin-Laures |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | RinLaures LLC |
| Address | 321 N. Clark St., 5th floor |
| City, State, Zip | Chicago, IL 60654 |
| Telephone Number | 773-387-3200 |
| Fax Number | 773-929-2391 |
| E-Mail Address | lily@rinlauresip.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields